MARC G. REICH (159936)
mgr@reichradcliffe.com
ADAM T. HOOVER (243226)
adhoover@reichradclifffe.com
**REICH RADCLIFFE & KUTTLER LLP**
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 975-0512
Facsimile: (949) 975-0514

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| TONDIA JOHNSON on Behalf of Herself and All Other Persons Similarly Situated, | No. 11-cv-00027-DSF (FFMx) |
| | <u>CLASS ACTION</u> |
| Plaintiff, | **STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| v. | |
| YOUR BABY CAN, LLC, ROBERT TITZER, Ph.D., and DOES 1-100, | DATE:    N/A |
| | TIME:    N/A |
| | CTRM:   840 |
| Defendants. | |
| | The Honorable Dale S. Fischer |

**STIPULATION OF DISMISSAL**

1      Plaintiff Tondia Johnson and defendants Your Baby Can Read, LLC, and

2 Robert Titzer, Ph.D., hereby stipulate to the dismissal of this action without prejudice

3 as to all defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal  Rules of Civil

4 Procedure.  Each of the parties shall bear their own costs and expenses.

5

6 DATED:  March 31, 2011          Respectfully submitted,

7

8                         **REICH RADCLIFFE & KUTTLER LLP**

9

10                            *s/Marc G. Reich*
                            Marc G. Reich

11                         Adam T. Hoover

12                         4675 MacArthur Court, Suite 550
                        Newport Beach, CA 92660
                        Telephone:  (949) 975-0512

13                         Facsimile:  (949) 975-0514

14                         *Attorneys for Plaintiff*

15

16 DATED:  March 31, 2011          **MANATT, PHELPS & PHILLIPS, LLP**

17

18                            *s/Brad W. Seiling*
                           Brad W. Seiling

19

20                         Chad S. Hummelf
                        Erin C. Witkow

21                         11355 West Olympic Boulevard
                        Los Angeles, CA 90064-1614

22                         Telephone: (310) 312-4000
                        Facsimile:  (310) 312-4224

23                         *Attorneys for Defendant Your Baby Can, LLC*

24

25

26

27

28

- 1 –

**STIPULATION OF DISMISSAL**

1    DATED:  March 31, 2011         **CATES PETERSON LLP**

2

3                                         *s/Mark D. Peterson*

4                                           Mark D. Peterson

                                  4100 Newport Place, Suite 230

5                                   Newport Beach, CA 92660

                                  Telephone: (949) 724-1180

6                                   Facsimile:  (949) 724-1190

7                                   *Attorneys for Defendant Robert Titzer, Ph.D.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 –

**STIPULATION OF DISMISSAL**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 31, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document via the United States Postal Service to any non-CM/ECF participants indicated on the Electronic Mail Notice List.

*s/Marc Reich*
March Reich

- 3 –

**STIPULATION OF DISMISSAL**